Mark F Anderson (SBN 44787)
Matthew Da Vega (SBN 195443)
KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER, LLP
445 Bush Street, 6th Floor
San Francisco, CA  94108
Telephone:  (415) 861-2265
Fax:  (415) 861-3151
Email: mark@kabolaw.com

Attorneys for Plaintiffs & the Class

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Damon Mauro, on behalf of himself and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>  v.<br><br>General Motors Corporation,<br><br>                          Defendant. | Case No. 2:07-CV-02469-FCD-GGH<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT |

The parties have stipulated that plaintiff Damon Mauro may be granted leave to file his First Amended Complaint, a copy of which is attached to the parties' stipulation. Based on the stipulation and for good cause shown, plaintiff is hereby granted leave to file his First Amended Complaint within three (3) days of this order.

Dated: April 3, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE